JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA MORALES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GRISELDA LUNA LAZANO, an individual; TOTAL AIRPORT SERVICES, LLC, a Delaware limited liability company; and DOES 1 through 80, inclusive,<br><br>Defendants. | No. 2:20-cv-08871-JAK (GJSx)<br><br>**ORDER RE JOINT STIPULATION TO DISMISS ENTIRE CIVIL ACTION WITH PREJUDICE (DKT. 35)** |

    Based on a review of the Joint Stipulation to Dismiss Entire Civil Action with Prejudice (the "Stipulation" (Dkt. 35)), sufficient good cause has been shown. Thus, the Stipulation is **APPROVED**. Pursuant to Federal Rule of Civil Procedure 41(a)(1), the above-captioned civil action is hereby dismissed in its entirety, with prejudice, with each party bearing its or her own attorney's fees and costs.

**IT IS SO ORDERED.**

Date: February 8, 2021

_____
John A. Kronstadt
United States District Judge

2